Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53375.**—R. H. Macy & Co., Inc. *v.* United States, protests 970240–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53376.**—R. H. Macy & Co., Inc. *v.* United States, protest 74075–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 53377.**—Simon Bros. Co. et al. *v.* United States, protests 108663–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53378.**—Fine Arts Bag Co. et al. *v.* United States, protests 110771–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53379.**—Simon Import Corp. *v.* United States, protests 124601–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53380.**—International Traders *v.* United States, protest 124720–K (Bridgeport).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53381.**—Kaplan Importers *v.* United States, protests 138231–K, etc. (Tampa).

Opinion by Rao, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.